UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Esther Caraballo Rivera<br><br>　　　Plaintiff,<br><br>v.<br><br>Fresh Valley, Inc.<br><br>　　　Defendant(s). | CIVIL ACTION<br>3:17-cv-01022-PG |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action **WITH PREJUDICE** as to **ALL DEFENDANTS** in this case.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

> (a) Voluntary Dismissal.
> 　　(1) By the Plaintiff.
> 　　(A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> 　　　　(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment
> 　　　　***

Defendant have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed **WITH PREJUDICE** and without an

1

Order of the Court. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

In San Juan, Puerto Rico, this 10th day of February 2017

Respectfully submitted,

**/S/JOSE CARLOS VELEZ-COLÓN, ESQ.**
**USDC-PR NO.: 231014**
jcvelezcolon@gmail.com

PO BOX 2013
BAYAMON, PR 00960-2013

TEL: (787) 599-9003

*Attorney for Plaintiff*

# ONE+STUDIO
DESIGN-RENDER-REMODEL



# **INFORME DE INSPECCIÓN DE ACCESIBILIDAD**

**LUGAR: Farmcoop – Fresh Valley**

**FECHA: 28 DE ENERO DE 2017**

**PREPARADO POR: KIOMY LAMB MERCADO, PE**

### INTRODUCCIÓN

El pasado 28 de enero de 2017, visitamos el local Farmcoop – Fresh Valley para llevar a cabo una evaluación sobre el cumplimiento con los estándares de construcción del "Americans with Disabilities Act" (ADA 2010). El propósito del mismo fue determinar las mejoras que fueran requeridas y evaluar la viabilidad de llevar a cabo la mejoras necesarias, tomando en consideración los costos y factores técnicos.

### HALLAZGOS

Basado en la inspección efectuada se observa lo siguiente:

A. Baño
   a. Entrada inicial < 32" (28") (404.2.3 ADA 2010).
   b. Entrada segunda <32" (22") (404.2.3 ADA 2010).
   c. Lavamanos no provee "knee and Toe Clearance" (306 ADA 2010).
   d. Papelera de Inodoro está fuera de "reach range" (604.7 ADA 2010).
   e. Llave del lavamanos requiere "tight grasping" (309.4 ADA 2010).
   f. Operadores de puertas hacia el baño requieren "tight grasping" (309.4 ADA 2010)
   g. Fondo del espejo del baño > 40" (603.3 ADA 2010)
   h. Interruptor de luz > 48" (308 ADA 2010).
   i. Inodoro no tiene "back grab bar" (304 ADA 2010)
   j. Inodoro no provee "side grab bar" (304 ADA 2010)
   k. Espacio no provee un Turning Space de 60" en el interior (ADA 304)
B. Interior del local (904 ADA2010)
   a. Área de servicio de Lotería no provee un espacio de 36" de alto (904.4, 904.5 ADA 2010).

      b. Área de carnicería no provee counter de servicio de 36" alto (904.4, 904.5 ADA 2010).
- C. Ruta Accesible (ADA 401)
    - a. La ruta desde el estacionamiento hasta la entrada principal tiene una rampa que la pendiente que excede 8.33% (1:12) (ADA 405.2).
    - b. EL pasamanos de las rampas existentes esta a menos de 34" de altura (32")
    - c. Posee pasamanos a solo un lado de la rampa.
- D. Estacionamiento (208.2, 502 ADA2010)
    - a. Facilidad tiene 22 estacionamientos. Requiere 1 estacionamiento de impedidos, van accesible (502.2 ADA 2010).
    - b. Pendiente de estacionamiento excede el 2% (ADA 502.4).
    - c. Estacionamiento no provee estacionamiento de "van". Basado en 208 se requiere un estacionamiento accesible, no obstante, ADA 208.2.4 requiere al menos 1 para "van". Estacionamiento identificado no cumple, provee espacio (16 ft total) para estacionamiento y "access aisle". (ADA 502.2).
    - d. No hay rótulo de estacionamiento de impedido ni identificando como "van accesible" (ADA 502.6).

## RECOMENDACIONES

- A. Baño (Mejoras propuestas a mediano plazo)
    - a. Remover almacén ocupando espacio del baño para ampliar el mismo y provea la dimensiones interiores.
    - b. Relocalización de inodoro hacia el extremo izquierdo del baño, en donde el centro del mismo este entre 16"-18" de la pared lateral.
    - c. Instalación de barra de apoyo trasera de 36" y una lateral de 42" instalada conforme las figuras 604.5.1 y 604.5.2.



    d. Relocalizar papelera para que ubique según la figura 604.7 del ADA.



e. Sustitución de lavamanos por uno que provea los espacios adecuados para el "knee and toe clearance". Tener cuidado en mantener la altura máxima de 34" al tope del lavamanos.



f. Sustitución de la llave del lavamanos a unos que no requiera agarre o rotación de la manos, ni fuerza mayor de 5 lbs. (ver ejemplo a continuación):



g. Bajar la altura del espejo para que la parte inferior de la parte reflectiva esté a una altura no mayor de 40".
h. Ambas puertas de entrada deben proveer el ancho mínimo requerido de 32" y proveer el "maneuvering clearance" adecuado de ser

posible. Este particular pudiese ser estructuralmente impráctico pero deberá evaluarse por un ingeniero estructural.

    i. Con relación al radio de giro, se entiende que con la relocalización del inodoro el mismo quedara provisto dentro del espacio del bano.

B. Interior del local (904 ADA2010) (Mejoras inmediatas)
   a. Se deberá proveer un área del "counter" de accesible a personas con impedimentos en el área de jugar loto. El mismo deberá tener no mas de 36" de alto y 36" de largo y contar con un "floor clearance" de 30" x 48"
   b. En el área de la carnicería no se provee espacion suficiente para un counter de 36". Por lo que se recomienda incluir un botón de servicio.

C. Entrada y Ruta Accesible (ADA 401)
   a. Como parte de un "transition plan" se propone atender la pendiente de la ruta accesible desde el estacionamiento, ya que se requiere de una reconstrucción de la rampa de entrada para poder llevarla a cumplimiento. De manera inmediata de deberá proveer nuevos pasamos (en conformidad con 505) en ambos lados de la rampa en donde la altura de la misma este entre 34"-38".



D. Estacionamiento
   a. Proveer estacionamiento de "van" con las dimensiones adecuadas según la figura 502.2, en donde el carril de acceso tiene 60" y el estacionamiento tiene 11ft.



b. Se propone relocalizar el estacionamiento de impedido en lado izquierdo de la entrada principal para permitir que se pueda proveer una rampa de impedido adecuada que comience donde ubica el estacionamiento.



c. Colocar en el rótulo de de estacionamiento la identificación como "van accesible" (ADA 502.6)

INFORME DE ACCESIBILIDAD Farmcoop – Fresh Valley

PÁGINA 6 DE 6



Nota 1: La ruta accesible desde el estacionamiento de impedido existente no se considerara parte de la ruta accesible una vez relocalizado el estacionamiento.

Nota 2: Con relación a la pendiente del estacionamiento, que excede el 2%, el mismo se recomienda se tome como estructuralmente impráctico debido a que se ve afectado por la pendiente natural de la calle.

Certifico Correcto,

