**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **ESTHER CARABALLO-RIVERA,**<br><br>    Plaintiff,<br><br>        v.<br><br>**FRESH VALLEY, INC.,**<br><br>    Defendant. | CIVIL NO. 17-1022 (PG) |

### JUDGMENT

   Wherefore, in light of the plaintiff's Notice of Voluntary Dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), it is **ORDERED AND ADJUDGED** that all claims be, and hereby are **DISMISSED WITH PREJUDICE**.

   **IT IS SO ORDERED and ADJUDGED**.

   In San Juan, Puerto Rico, February 23, 2017.

                                        S/ JUAN M. PÉREZ-GIMÉNEZ
                                        **JUAN M. PEREZ-GIMENEZ
                                        SENIOR U.S. DISTRICT JUDGE**